UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER HUERTA,<br>   Plaintiff,<br> v.<br>MISSION COMMUNITY HOSPITAL, et al,<br>   Defendant. | NO. CV 20-9449-SVW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the "Ex Parte Application for Claiming Deceased Body . . . And Personal Property" ("Ex Parte Application"), and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

//
//
//
//
//

1

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Complaint is DISMISSED for lack of jurisdiction, Plaintiff's Ex Parte Application is DENIED as moot, and, and judgment shall be entered dismissing this action.

DATED: January 19, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE